

## MOTION DOCKET

**87-327.** State v. Clark. *Lucas County,* No. L-84-443. Reported at 38 Ohio St. 3d 252, 527 N.E. 2d 844. On motion for stay. Motion granted.

**87-1677.** State v. Posey. *Franklin County,* Nos. 86AP-1132, 86AP-1162 and 86AP-1163. On motion to file supplement to oral argument. Motion granted.

**88-205.** State, ex rel. GCC Beverages, Inc., v. Indus. Comm. *Franklin County,* No. 86AP-1119. On motion of Ohio Mfrs. Assn. for leave to file *amicus* instanter. Motion granted.

**88-557.** Fant v. Sykes. *Franklin County,* No. 87AP-1034. On request for court to rule on instanter motion. Motion denied.

Moyer, C.J., not participating.

**88-577.** Commerce & Industry Ins. Co. v. Toledo. *Lucas County,* No. L-86-392. On motion to strike. Motion to strike granted.

Holmes and Douglas, JJ., dissent.

**88-631.** Pride v. Hale. In Mandamus. On request for opinion. Reported at 38 Ohio St. 3d 720, ____ N.E. 2d ____. Motion denied.

**88-717.** State v. Tyler. *Cuyahoga County,* No. 51696. On motion to remand or in the alternative to supplement the record and on motion to remand to correct the record. Motions to remand denied. Motion to supplement the record granted.

**88-801.** Coats v. Limbach. Appeal from the Board of Tax Appeals, No. 85-C-795. On motion to dismiss. Motion to dismiss overruled.

**88-899.** Phillips v. South Range Local School Dist. Bd. of Edn. *Mahoning County,* No. 87 C.A. 126. On motion of Ohio School Boards Assn. for leave to file *amicus.* Motion granted.

**88-1015.** Univ. of Cincinnati v. Limbach. Appeal from the Board of Tax Appeals, No. 86-F-67. On motion of State Universities of Ohio for leave to file *amicus.* Motion granted.

**88-1262.** State, ex rel. Climer, v. Indus. Comm. *Franklin County,* No. 87AP-309. On motion to amend brief and on motion to strike. Motion to amend brief granted.

Sweeney and Douglas, JJ., dissent.

H. Brown, J., not participating.

Motion to strike denied.

Moyer, C.J., and Locher, J., dissent.

H. Brown, J., not participating.

**88-1265.** State v. Wiles. *Portage County,* No. 1675. On motion for appointment of counsel. Motion granted and Ohio Public Defender appointed.

**88-1434.** Walden v. State. *Franklin County,* No. 87AP-1026. On motion of the Ohio Prosecuting Attorneys Assn. for leave to file *amicus.* Motion granted.

Moyer, C.J., dissents because the motion is moot.

**88-1435.** State v. Ellis. *Franklin County,* No. 87AP-1099. On motion of the Ohio Prosecuting Attorneys Assn. for leave to file *amicus.* Motion granted.

Moyer, C.J., dissents because the motion is moot.

On motion to consolidate with 88-1439, *State* v. *Ellis,* Franklin County No. 87AP-1099. Motion granted.

**88-1438.** State v. Forrest. *Fayette County,* No. CA87-12-015. On motion to dismiss. Motion to dismiss overruled.

Wright, J., dissents.

**88-1440.** Walden v. State. *Franklin County,* No. 87AP-1026. On motion to consolidate with 88-1434, *Walden* v. *State,* Franklin County No. 87AP-1026. Motion granted.

**88-1510.** Link v. Eaton Corp. *Lake County,* No. 12-043. On motion to dismiss. Motion to dismiss overruled.

**88-1579.** Doe v. Hamilton Cty. Dept. of Human Serv. *Hamilton County,* No. C-870506. On motion for *nunc pro tunc* or in the alternative on motion to file in-